THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: **05-55094**
**ROBERT J DECAPITA** )
**BRENDA R DECAPITA** ) MARILYN SHEA-STONUM
) BANKRUPTCY JUDGE
Debtor(s) )
) TRANSMITTAL OF UNCLAIMED FUNDS

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

    **PNC BANK**
    **Check No. 764605**
    **Claim #008**

    However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of $274.89 payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **2/14/2011**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
**krucinski@ch13akron.com**
**jferrise@ch13akron.com**

*[Handwritten: Ck. # 774245 / receipt # 82151]*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

ROBERT J DECAPITA  
457 DEBORAH DRIVE  
AKRON, OH 44319  
(Via Regular Mail)

BRENDA R DECAPITA  
457 DEBORAH DRIVE  
AKRON, OH 44319  
(Via Regular Mail)

DAVID A MUCKLOW (via ECF)

PNC BANK  
C/O TOM SZALKAY LOC P1-POPP-18-1  
ONE PNC PLAZA, 249 FIFTH AVE  
PITTSBURGH, PA 15222-707  
(via Regular Mail)

Date of Service: **2/14/2011**       By: **JoAnn Romig**  
                                     Office of the Chapter 13 Trustee

CHAPTER 13  
Keith L. Rucinski  
Trustee  
1 Cascade Plaza  
Suite 2020  
Akron, Oh 44308  
(330) 762-6335  
Fax  
(330) 762-7072  
Email  
rucinski@ch13akron.com